B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California-L.A. | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mission Real Associates, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**95-4551860** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12121 Wilshire Blvd., Ste 200**<br>**Los Angeles, CA**<br>ZIP Code **90025** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**R. Todd Neilson**<br>**c/o LECG, LLC**<br>**2049 Century Park East, Ste 2300**<br>**Los Angeles, CA**<br>ZIP Code **90067** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Mission Real Associates, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)      (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Mission Real Associates, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Richard K. Diamond, rdiamond@dgdk.com**
Signature of Attorney for Debtor(s)

**Richard K. Diamond, rdiamond@dgdk.com 070634**
Printed Name of Attorney for Debtor(s)

**Danning, Gill, Diamond & Kollitz, LLP**
Firm Name

**2029 Century Park East, Third Floor**
**Los Angeles, CA 90067-2904**

Address

**(310) 277-0077  Fax: (310) 277-5735**
Telephone Number

**March 31, 2010              070634**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ R. Todd Neilson**
Signature of Authorized Individual

**R. Todd Neilson**
Printed Name of Authorized Individual

**Manager of the Manager of the Debtor**
Title of Authorized Individual

**March 31, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re  **Mission Real Associates, LLC**                                        ,     Case No. _____
                                        Debtor

# Form 1. Voluntary Petition
# Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Bundy Dimes, LLC**<br>**Central District of CA, LA Division** | **2:10-bk-22149-BR**<br>**Affiliate** | **03/31/10**<br>**Barry Russell** |
| **Bunwil Capital, LLC**<br>**Central District of CA, LA Division** | **2:10-bk-22153-BR**<br>**Affiliate** | **03/31/10**<br>**Barry Russell** |
| **Dimes, LLC**<br>**Central District of CA, LA Division** | **2:09-bk-25517**<br>**Affiliate** | **06/19/09**<br>**Barry Russell** |
| **Ezri Namvar**<br>**Central District of CA, LA Division** | **2:08-bk-32349**<br>**Affiliate** | **12/28/08**<br>**Barry Russell** |
| **Namco Capital Group**<br>**Central District of CA, LA Division** | **2:08-bk-32333**<br>**Affiliate** | **12/28/08**<br>**Barry Russell** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California-L.A.

In re **Mission Real Associates, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Starpoint Properties LLC**<br>Anthony J. Oliva, Esq.<br>c/o Allen Matkins Leck Gamble et al<br>515 S. Figueroa Street, 9th Fl<br>Los Angeles, CA 90071 | **Starpoint Properties LLC**<br>Anthony J. Oliva, Esq.<br>c/o Allen Matkins Leck Gamble et al<br>Los Angeles, CA 90071 | **State Court Action-Superior Court of CA Cross Complaint BC 410017** | **Contingent Unliquidated Disputed** | **5,000,000.00 (Debtor's liability limited to $5 Million in total sum to all the Cross Defendants listed herein)** |
| **Safeco Holding Corp**<br>Anthony J. Oliva, Esq.<br>c/o Allen Matkins Leck Gamble et al<br>515 S. Figueroa Street, 9th Fl<br>Los Angeles, CA 90071 | **Safeco Holding Corp**<br>Anthony J. Oliva, Esq.<br>c/o Allen Matkins Leck Gamble et al<br>Los Angeles, CA 90071 | **State Court Action-Superior Court of CA Cross Complaint BC 410017** | **Contingent Unliquidated Disputed** | **5,000,000.00 (Debtor's liability limited to $5 Million in total sum to all the Cross Defendants listed herein)** |
| **Brickwalk, LLC**<br>K. Joseph Shabani, Esq.<br>c/o Shabani & Shabani LLP<br>Los Angeles, CA 90067 | **Brickwalk, LLC**<br>K. Joseph Shabani, Esq.<br>c/o Shabani & Shabani LLP<br>Los Angeles, CA 90067 | **State Court Action-Superior Court of CA Cross Complaint BC 410017** | **Contingent Unliquidated Disputed** | **5,000,000.00 (Debtor's liability limited to $5 Million in total sum to all the Cross Defendants listed herein)** |
| **Rolling Capital Hills, LLC**<br>K. Joseph Shabani, Esq.<br>c/o Shabani & Shabani LLP<br>Los Angeles, CA 90067 | **Rolling Capital Hills, LLC**<br>K. Joseph Shabani, Esq.<br>c/o Shabani & Shabani LLP<br>Los Angeles, CA 90067 | **State Court Action-Superior Court of CA Cross Complaint BC 410017** | **Contingent Unliquidated Disputed** | **5,000,000.00 (Debtor's liability limited to $5 Million in total sum to all the Cross Defendants listed herein)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Mission Real Associates, LLC**     Case No. _____

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Robert Hanasab<br>Anthony J. Oliva, Esq.<br>c/o Allen Matkins Leck Gamble et al<br>515 S. Figueroa Street, 9th Fl<br>Los Angeles, CA 90071 | Robert Hanasab<br>Anthony J. Oliva, Esq.<br>c/o Allen Matkins Leck Gamble et al<br>Los Angeles, CA 90071 | State Court Action-Superior Court of CA Cross Complaint BC 410017 | Contingent<br>Unliquidated<br>Disputed | 5,000,000.00 (Debtor's liability limited to $5 Million in total sum to all the Cross Defendants listed herein) |
| Boyle Avenue, LLC<br>K. Jospeh Shabani, Esq.<br>c/o Shabani & Shabani LLP<br>Los Angeles, CA 90067 | Boyle Avenue, LLC<br>K. Jospeh Shabani, Esq.<br>c/o Shabani & Shabani LLP<br>Los Angeles, CA 90067 | State Court Action-Superior Court of CA Cross Complaint BC 410017 | Contingent<br>Unliquidated<br>Disputed | 5,000,000.00 (Debtor's liability limited to $5 Million in total sum to all the Cross Defendants listed herein) |
| Moiz Ashourpour<br>c/o Saul Reiss, Esq.<br>Law Offices of Saul Reiss, P.C.<br>2800 28th Street<br>Los Angeles, CA 90405 | Moiz Ashourpour<br>c/o Saul Reiss, Esq.<br>Law Offices of Saul Reiss, P.C.<br>Los Angeles, CA 90405 | State Court Action-Superior Court of CA Moiz Ashourpour and Saraly Anavim v. Ezri Namvar et al., SC101281 | Contingent<br>Unliquidated<br>Disputed | 1,922,663.55 (Debtor's liability limited to total sum jointly to the Plaintiffs herein) |
| Saraly Anavim<br>c/o Saul Reiss, Esq.<br>Law Offices of Saul Reiss, P.C.<br>2800 28th Street<br>Los Angeles, CA 90405 | Saraly Anavim<br>c/o Saul Reiss, Esq.<br>Law Offices of Saul Reiss, P.C.<br>Los Angeles, CA 90405 | State Court Action-Superior Court of CA Moiz Ashourpour and Saraly Anavim v. Ezri Namvar et al., SC101281 | Contingent<br>Unliquidated<br>Disputed | 1,922,663.55 (Debtor's liability limited to total sum jointly to the Plaintiffs herein) |
| Khalil Varastephour<br>c/o Marc E. Rohatiner, Esq.<br>Wolf Rifkin Shapiro Schulman et al.<br>11400 West Olympic Blvd., 9th Fl<br>Los Angeles, CA 90064 | Khalil Varastephour<br>c/o Marc E. Rohatiner, Esq.<br>Wolf Rifkin Shapiro Schulman et al.<br>Los Angeles, CA 90064 | State Court Action-Superior Court of CA Khalil Varastephour v. Civic Palm, LLC et al., BC 410781 | Contingent<br>Disputed | 350,000.00 |
| Buckingham Heights Lease LLC<br>Namco Capital Group, Inc.<br>c/o Bradley D. Sharp, Trustee<br>12121 Wilshire Blvd, Ste 200<br>Los Angeles, CA 90025 | Buckingham Heights Lease LLC<br>Namco Capital Group, Inc.<br>c/o Bradley D. Sharp, Trustee<br>Los Angeles, CA 90025 | Loan for Wilshire Bundy Plaza | | 6,000.00 |
| Namco Capital Group<br>c/o Bradley D. Sharp, Trustee<br>12121 Wilshire Blvd., Ste 200<br>Los Angeles, CA 90025 | Namco Capital Group<br>c/o Bradley D. Sharp, Trustee<br>12121 Wilshire Blvd., Ste 200<br>Los Angeles, CA 90025 | Adjustments | | 2,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Mission Real Associates, LLC**                               Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **McConnell Marina Lease, LLC Namco Capital Group, Inc. c/o Bradley D. Sharp, Trustee 12121 Wilshire Blvd., Ste 200 Los Angeles, CA 90025** | **McConnell Marina Lease, LLC Namco Capital Group, Inc. c/o Bradley D. Sharp, Trustee Los Angeles, CA 90025** | **Loan for Wilshire Bundy Plaza** | | **500.00** |
| **Watt Leed Lease, LLC Namco Capital Group, Inc. c/o Bradley D. Sharp, Trustee 12121 Wilshire Blvd., Ste 200 Los Angeles, CA 90025** | **Watt Leed Lease, LLC Namco Capital Group, Inc. c/o Bradley D. Sharp, Trustee Los Angeles, CA 90025** | **Loan for Wilshire Bundy Plaza** | | **500.00** |
| **Culver Marina Lease, LLC Namco Capital Group, Inc. c/o Bradley D. Sharp, Trustee 12121 Wilshireb Blvd., Ste 200 Los Angele, CA 90025** | **Culver Marina Lease, LLC Namco Capital Group, Inc. c/o Bradley D. Sharp, Trustee Los Angele, CA 90025** | **Loan for Wilshire Bundy Plaza** | | **350.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the Manager of the Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 31, 2010**                            Signature  **/s/ R. Todd Neilson**
                                                                **R. Todd Neilson**
                                                                **Manager of the Manager of the Debtor**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California-L.A.

In re **Mission Real Associates, LLC**,
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Estate of Ezri Namvar**<br>**c/o R. Todd Neilson, Trustee**<br>**c/o LECG, LLC**<br>**2049 Century Park East, Ste 2300**<br>**Los Angeles, CA 90025** | | | **91.5 % Membership Interest** |
| **Mission Real Manager, LLC**<br>**12121 Wilshire Blvd., Ste 601**<br>**Los Angeles, CA 90025** | | | **1% Membership Interest** |
| **Tony Namvar**<br>**12121 Wilshire Blvd., Ste 601**<br>**Los Angeles, CA 90025** | | | **7.5% Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the Manager of the Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 31, 2010**    Signature **/s/ R. Todd Neilson**
**R. Todd Neilson**
**Manager of the Manager of the Debtor**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.  The following affiliates of the Debtor have pending cases:**
   **1) Dimes, LLC, Case No. 2:09-bk-25517-BR filed on 6/19/09;**
   **2) Namco Capital Group, Case No. 2:08-bk-32333-BR filed on 12/28/08**
   **3) Ezri Namvar, Case No. 2:08-bk-32349-BR**
   **4) Bundy Dimes, LLC, Case No. 2:10-bk-.22149-BR**
   **5) Bunwil Capital, LLC,. Case No. 2:10-bk-22153-BR**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **N/A**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.  The following affiliates of the Debtor have pending cases:**
   **1) Dimes, LLC, Case No. 2:09-bk-25517-BR filed on 6/19/09;**
   **2) Namco Capital Group, Case No. 2:08-bk-32333-BR filed on 12/28/08**
   **3) Ezri Namvar, Case No. 2:08-bk-32349-BR**
   **4) Bundy Dimes, LLC, Case No. 2:10-bk-22149-BR.**
   **5) Bunwil Capital, LLC,. Case No. 2:10-bk-22153-BR**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

| Executed at | **Los Angeles** , California. | **/s/ R. Todd Neilson** |
| --- | --- | --- |
| Dated | **March 31, 2010** | **R. Todd Neilson** <br> *Debtor* |

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name **Richard K. Diamond, rdiamond@dgdk.com**

Address **2029 Century Park East, Third Floor Los Angeles, CA 90067-2904**

Telephone **(310) 277-0077 Fax: (310) 277-5735**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA-L.A.**

List all names including trade names used by Debtor(s) within last 8 years:
**Mission Real Associates, LLC**

Case No.:

Chapter: **11**

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **March 31, 2010**

**/s/ R. Todd Neilson**
**R. Todd Neilson/Manager of the Manager of the Debtor**
Signer/Title

Date: **March 31, 2010**

**/s/ Richard K. Diamond, rdiamond@dgdk.com**
Signature of Attorney
**Richard K. Diamond, rdiamond@dgdk.com**
**Danning, Gill, Diamond & Kollitz, LLP**
**2029 Century Park East, Third Floor**
**Los Angeles, CA 90067-2904**
**(310) 277-0077   Fax: (310) 277-5735**

```
Mission Real Associates, LLC
R. Todd Neilson
c/o LECG, LLC
2049 Century Park East, Ste 2300
Los Angeles, CA 90067


Richard K. Diamond, rdiamond@dgdk.com
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2904


United States Trustee - LA
725 S. Figueroa St., 26th Fl.
Los Angeles, CA 90017
```

Boyle Avenue, LLC
K. Jospeh Shabani, Esq.
c/o Shabani & Shabani LLP
Los Angeles, CA 90067


Brickwalk, LLC
K. Joseph Shabani, Esq.
c/o Shabani & Shabani LLP
Los Angeles, CA 90067


Buckingham Heights Lease LLC
Namco Capital Group, Inc.
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd, Ste 200
Los Angeles, CA 90025


Culver Marina Lease, LLC
Namco Capital Group, Inc.
c/o Bradley D. Sharp, Trustee
12121 Wilshireb Blvd., Ste 200
Los Angele, CA 90025


Khalil Varastephour
c/o Marc E. Rohatiner, Esq.
Wolf Rifkin Shapiro Schulman et al.
11400 West Olympic Blvd., 9th Fl
Los Angeles, CA 90064


McConnell Marina Lease, LLC
Namco Capital Group, Inc.
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd., Ste 200
Los Angeles, CA 90025


Moiz Ashourpour
c/o Saul Reiss, Esq.
Law Offices of Saul Reiss, P.C.
2800 28th Street
Los Angeles, CA 90405


Namco Capital Group
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd., Ste 200
Los Angeles, CA 90025

```
Robert Hanasab
Anthony J. Oliva, Esq.
c/o Allen Matkins Leck Gamble et al
515 S. Figueroa Street, 9th Fl
Los Angeles, CA 90071


Rolling Capital Hills, LLC
K. Joseph Shabani, Esq.
c/o Shabani & Shabani LLP
Los Angeles, CA 90067


Safeco Holding Corp
Anthony J. Oliva, Esq.
c/o Allen Matkins Leck Gamble et al
515 S. Figueroa Street, 9th Fl
Los Angeles, CA 90071


Saraly Anavim
c/o Saul Reiss, Esq.
Law Offices of Saul Reiss, P.C.
2800 28th Street
Los Angeles, CA 90405


Starpoint Properties LLC
Anthony J. Oliva, Esq.
c/o Allen Matkins Leck Gamble et al
515 S. Figueroa Street, 9th Fl
Los Angeles, CA 90071


Watt Leed Lease, LLC
Namco Capital Group, Inc.
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd., Ste 200
Los Angeles, CA 90025


Estate of Ezri Namvar
c/o R. Todd Neilson, Trustee
c/o LECG, LLC
2049 Century Park East, Ste 2300
Los Angeles, CA 90025


Mission Real Manager, LLC
12121 Wilshire Blvd., Ste 601
Los Angeles, CA 90025
```

```
Tony Namvar
12121 Wilshire Blvd., Ste 601
Los Angeles, CA 90025
```

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Richard K. Diamond, rdiamond@dgdk.com**<br>**2029 Century Park East, Third Floor**<br>**Los Angeles, CA 90067-2904**<br>**(310) 277-0077 Fax: (310) 277-5735**<br>California State Bar Number: **070634**<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Mission Real Associates, LLC**

Debtor(s),
Plaintiff(s),
Defendant(s).

CASE NO.:
ADV. NO.:
CHAPTER: **11**

# Corporate Ownership Statement Pursuant to
# F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Richard K. Diamond, rdiamond@dgdk.com__ , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ■ I am the attorney for the debtor corporation

2.a. ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    See Addendum

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| **/s/ Richard K. Diamond, rdiamond@dgdk.com** | **March 31, 2010** |
|---|---|
| Signature of Attorney or Declarant | Date |

**Richard K. Diamond, rdiamond@dgdk.com**
Printed Name of Attorney or Declarant

___
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com           Best Case Bankruptcy

| In re | | CHAPTER **11** |
|---|---|---|
| **Mission Real Associates, LLC** | | CASE NUMBER |
| | Debtor. | |

# Addendum to Corporate Ownership Statement Pursuant to
# F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Estate of Ezri Namvar
c/o R. Todd Neilson, Trustee
c/o LECG, LLC
2049 Century Park East, Ste 2300
Los Angeles, CA 90025

_____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Richard K. Diamond, rdiamond@dgdk.com**<br>**Danning, Gill, Diamond & Kollitz, LLP**<br>**2029 Century Park East, Third Floor**<br>**Los Angeles, CA 90067-2904**<br>**(310) 277-0077 Fax: (310) 277-5735**<br>**070634**<br>☒ *Attorney for*: Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA-L.A.** | |
| In re:<br><br>**Mission Real Associates, LLC**<br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒  Petition, statement of affairs, schedules or lists (Emergency Chapter 11 Petition & Statements)    Date Filed:  **03/31/10**

☐  Amendments to the petition, statement of affairs, schedules or lists    Date Filed:

☐  Other:    Date Filed:

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**/s/ R. Todd Neilson**                                                          **March 31, 2010**
*Signature of Authorized Signatory of Filing Party*                Date

**R. Todd Neilson**
*Printed Name of Authorized Signatory of Filing Party*

**Manager of the Manager of the Debtor**
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

**/s/ Richard K. Diamond,**                                              **March 31, 2010**
**rdiamond@dgdk.com**
*Signature of Attorney for Filing Party*                Date

**Richard K. Diamond, rdiamond@dgdk.com**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

| P1212112121arty Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Richard K. Diamond, rdiamond@dgdk.com**<br>**2029 Century Park East, Third Floor**<br>**Los Angeles, CA 90067-2904**<br>**(310) 277-0077 Fax:(310) 277-5735**<br>CA State Bar Number: **070634** | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA-L.A.** | |
| In re:<br><br>**Mission Real Associates, LLC**<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):12121 Wilishire Blvd., Los Angeles, CA 90025

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   12121 Wilshire Blvd., Los Angeles, CA 90025

3. Disclose the current business address(es) for all corporate officers:
   12121 Wilshire Blvd., Los Angeles, CA 90025.  See No. 6 below for information re Mission Real Manager, LLC, the managing member of Mission Real Associates, LLC.

4. Disclose the current business address(es) where the Debtor's books and records are located:
   12121 Wilshire Blvd., Los Angeles, CA 90025

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet: 12121 Wilshire Blvd., Los Angeles, CA 90025

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es): R. Todd Neilson, Chapter 11 Trustee for Ezri Namvar became the successor member and manager of Mission Real Manager, LLC, the managing member for Mission Real Associates, LLC.  Mr. Neilson's address is 2049 Century Park East, Ste 2300, Los Angeles, CA 90067.

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*: R. Todd Neilson, the successor member and manager of Mission Real Manager, LLC, the managing member for Mission Real Associates, LLC.

8. Total number of attached pages of supporting documentation: 0

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2 **VEN-C**

| In re<br>**Mission Real Associates, LLC**<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER |
|---|---|

9.　　I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on　　**March 31, 2010**　　, at Los Angeles, California.

**R. Todd Neilson**　　　　　　　　　　　　　　　　　　　　　　**/s/ R. Todd Neilson**
*Type Name of Officer*　　　　　　　　　　　　　　　　　　　　*Signature of Declarant*

**Manager of the Manager of the Debtor**
*Position or Title of Officer*

*Rev. 12/99*　This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.　**VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com　　Best Case Bankruptcy