UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re

MISSION REAL ASSOCIATES LLC



Debtor in Possession

Case Number LA10-22370BR
Chapter 11

ORDER FOR FILING CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT AND ORDER SETTING HEARING FOR APPROVAL OF DISCLOSURE STATEMENT

DATE: JULY 20, 2010
TIME: 10:00 A.M.
PLACE: COURTROOM 1668 16th FLR
255 E. TEMPLE STREET, LA, CA

The debtor in possession filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on MARCH 31, 2010. The Court, having reviewed the debtor in possession's petition and attached documents, (to the extent that any documents, including schedules were filed with the petition) concludes that it is proper to set a deadline for the time to file the Plan of Reorganization and Disclosure Statement.

THEREFORE, IT IS HEREBY ORDERED that the debtor in possession file a Plan of Reorganization and Disclosure Statement on or before JUNE 29, 2010. The Court will review the Plan of Reorganization and Disclosure Statement to assure compliance with Sections 1123 and 1125(a)(1) of the Bankruptcy Code.

IT IS FURTHER ORDERED that on JULY 20, 2010 at 10:00 A.M., in Courtroom 1668 of the above entitled Court, a hearing for the purpose of setting a hearing will be held for the approval of the Disclosure Statement. However, if a Plan of Reorganization and Disclosure Statement have not been timely filed, the Court may either dismiss or convert the case at that time.

Counsel for debtor in possession is to forthwith serve a copy of this Order on the United States Trustee, on all creditors' committees, and if there are no creditors' committees, then on the twenty largest unsecured creditors, and file a proof of service

thereon with this Court at least two weeks prior to the above

hearing date.

DATED: 4/6/10

rev. 9-20sf

BARRY RUSSELL
U.S. Bankruptcy Judge