RICHARD K. DIAMOND (State Bar No. 070634)
rdiamond@dgdk.com
WALTER K. OETZELL (State Bar No. 109769)
woetzell@dgdk.com
STEVEN J. SCHWARTZ (State Bar No. 200586)
sschwartz@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

[Proposed] Attorneys for Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

MISSION REAL ASSOCIATES, LLC,

Debtor.

Case No. 2:10-bk-22370-BR

Chapter 11

NOTICE OF FINAL HEARING ON MOTION FOR ORDER AUTHORIZING THE DEBTOR TO INCUR OBLIGATION TO PAY EXPENSES OF WILSHIRE BUNDY PROPERTY PENDING SALE

Date:  May 26, 2010
Time:  10:00 a.m.
Place: Ctrm: "1668"
       255 E. Temple Street
       Los Angeles, CA 90012

PLEASE TAKE NOTICE that on May 26, 2010 at 10:00 a.m., in Courtroom "1668" of the United States Bankruptcy Court for the Central District of California, Los Angeles Division, located at 255 East Temple Street, Los Angeles, California, Mission Real Associates, LLC, the debtor and debtor-in-possession herein ("Mission" or the "Debtor"), will and hereby moves pursuant to 11 U.S.C. §§ 363, 1107(a) and 1108, Federal Rules of Bankruptcy Procedure 4001 and 9014, and Local Bankruptcy Rules 2081-1(a)(9), 4001-2, and 9075-1(a) for a final order:

1.  authorizing the Debtor to incur an obligation of up to $355,525.48 from proceeds of the sale of property of affiliated entities to cover the expense shortfall of the property known as the

///

-1-

353767.01 [XP]    25431

1 | Wilshire Bundy Office Building, located at 12121 Wilshire Boulevard, Los Angeles, CA 90025
2 | (the "Wilshire Bundy Property") in which the Debtor owns an interest (the "Motion");
3 |     2.    affirming the adequacy of the notice given; and
4 |     4.    granting such other and further relief that may be just and proper.
5 |     The Motion is made on the grounds that: incurring the obligation is necessary for the
6 | continuance of business operations pending the sale of the Wilshire Bundy Property pursuant to the
7 | sale procedures approved by the Bankruptcy Court in the related case of Ezri Namvar ("Namvar"),
8 | Case No. 2:08-bk-32349-BR (the "Namvar Case") to which the Debtor has agreed to be bound.
9 |     The Motion is based upon this Notice of Emergency Motion and Emergency Motion, the
10 | accompanying Memorandum of Points and Authorities, the Declaration of Louis A. Cicalese being
11 | filed concurrently herewith, the papers and pleadings on file in this case, and such other evidence
12 | that may be presented to the Court.
13 | **PLEASE TAKE FURTHER NOTICE** that any opposition or objection to the Motion
14 | must be in writing and must be filed and a courtesy copy served on the Court by no later than
15 | May 21, 2010 at 12:00 p.m. Replies, if any, must be filed and a courtesy copy served on the Court
16 | by no later than May 24, 2010 at 5:00 p.m.

Dated: May 13, 2010

                                            DANNING, GILL, DIAMOND & KOLLITZ, LLP

                                            By: /s/ Steven J. Schwartz
                                                   Steven J. Schwartz
                                                   [Proposed] Attorneys for Debtor and
                                                   Debtor in Possession

353767.01 [XP]    25431

| In re: | | CHAPTER: 11 |
|---|---|---|
| | MISSION REAL ASSOCIATES, LLC | CASE NO.: 2:10-bk-22370-BR |
| | Debtor(s). | ADV. NO: |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

   2029 Century Park East, Third Floor
   Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **NOTICE OF FINAL HEARING ON MOTION FOR ORDER AUTHORIZING THE DEBTOR TO INCUR OBLIGATION TO PAY EXPENSES OF WILSHIRE BUNDY PROPERTY PENDING SALE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 13, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

II.   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**: On **May 13, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

```
Served By U.S. Mail
Hon. Barry Russell, U.S. Bankruptcy Court, 255 E. Temple St., Ste. 1660, Los Angeles, CA 90012
```
☑ Service information continued on attached page

III.   **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 13, 2010 | Cheryl Caldwell | *Cheryl Caldwell* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      **F 9013-3.1**
353767.01 [XP]    25431

| In re: | | CHAPTER: 11 |
|---|---|---|
| | MISSION REAL ASSOCIATES, LLC | CASE NO: 2:10-bk-22370-BR |
| | Debtor(s). | ADV NO.: |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I.    BY NOTICE OF ELECTRONIC FILING ("NEF")**

Simon Aron    saron@wrslawyers.com
Russell Clementson    russell.clementson@usdoj.gov
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Richard K Diamond    rdiamond@dgdk.com
Jeffery D Hermann    jhermann@orrick.com
James KT Hunter    jhunter@pszjlaw.com
Yale K Kim    ykim@allenmatkins.com
Stuart I Koenig    Skoenig@cmkllp.com
Jeffrey A Krieger    jkrieger@ggfirm.com
Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
Hal M Mersel    mark.mersel@bryancave.com
Walter K Oetzell    woetzell@dgdk.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
David M Poitras    dpoitras@jmbm.com
Christopher S Reeder    creeder@reederlugreen.com
Steven J Schwartz    sschwartz@dgdk.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II.    SERVED BY U.S. MAIL**

H. Mark Mersel
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612

Don Kerr, Esq.
LNR Partners Inc.
1601 Washington Avenue, Suite 700
Miami Beach, Florida 33139

Attorney for Namco Creditors
Committee
Stuart I. Koenig
Creim Macias Koenig & Frey, LLP
633 West 5th Street, 51st Floor
Los Angeles, CA 90071

Sandy Frey
Creim Macias Koenig & Frey, LLP
633 West 5th Street, 51st Floor
Los Angeles, CA 90071

Counsel for Namvar Creditors
Committee
Leonard Shulman
Shulman, Hodges, & Bastian, LLP
26632 Towne Centre Dr Ste 300
Foothill Ranch, CA 92610

Melissa Davis
Shulman, Hodges, & Bastian, LLP
26632 Towne Centre Dr Ste 300
Foothill Ranch, CA 92610

Attorney for Dimes, LLC, Involuntary
Debtor
David Meadows
Law Offices of David W. Meadows
1801 Century Park E Ste 1250
Los Angeles, CA 90067

Mission Real Associates, LLC
R. Todd Neilson, Trustee
Estate of Ezri Namvar
c/o LECG, LLC
2049 Century Park East, Ste 2300
Los Angeles, CA 90067

Seller
c/o Christopher Reeder and Richard
Schloss
Reeder, Lu, & Green, LLP
2121 Avenue of the Stars, Suite 950
Los Angeles CA 90067

Escrow Agent
Stewart Title Guaranty Company
1980 Post Oak Boulevard, Suite 610
Houston, TX 77056
Attn: Patricia Rodricks

Louis A. Cicalese
12121 Wilshire Blvd. Suite 200
Los Angeles, CA 90025

**Mission Real 25 Largest Creditors**
Boyle Avenue, LLC
K. Joseph Shabani, Esq.
c/o Shabani & Shabani LLP
1801 Ave of the Stars Ste 1035
Los Angeles, CA 90067

Brickwalk, LLC
K. Joseph Shabani, Esq.
1801 Ave of the Stars Ste 1035
c/o Shabani & Shabani LLP
Los Angeles, CA 90067

Buckingham Heights Lease LLC
Namco Capital Group, Inc.
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd, Ste 200
Los Angeles, CA 90025

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
353767.01 [XP]    25431

F 9013-3.1

| In re: MISSION REAL ASSOCIATES, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NO: 2:10-bk-22370-BR<br>ADV NO.: |

Culver Marina Lease, LLC
Namco Capital Group, Inc.
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd., Ste 200
Los Angeles, CA 90025

Estate of Ezri Namvar
c/o R. Todd Neilson, Trustee
c/o LECG, LLC
2049 Century Park East, Ste 2300
Los Angeles, CA 90025

Khalil Varastephour
c/o Marc E. Rohatiner, Esq.
Wolf Rifkin Shapiro Schulman et al.
11400 West Olympic Blvd., 9th Fl
Los Angeles, CA 90064

McConnell Marina Lease, LLC
Namco Capital Group, Inc.
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd., Ste 200
Los Angeles, CA 90025

Mission Real Manager, LLC
12121 Wilshire Blvd., Ste 601
Los Angeles, CA 90025

Moiz Ashourpour
c/o Saul Reiss, Esq.
Law Offices of Saul Reiss, P.C.
2800 28th Street
Los Angeles, CA 90405

Namco Capital Group
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd., Ste 200
Los Angeles, CA 90025

Robert Hanasab
Anthony J. Oliva, Esq.
c/o Allen Matkins Leck Gamble et al
515 S. Figueroa Street, 9th Fl
Los Angeles, CA 90071

Rolling Capital Hills, LLC
K. Joseph Shabani, Esq.
c/o Shabani & Shabani LLP
1801 Ave of the Stars Ste 1035
Los Angeles, CA 90067

Safeco Holding Corp
Anthony J. Oliva, Esq.
c/o Allen Matkins Leck Gamble et al
515 S. Figueroa Street, 9th Fl
Los Angeles, CA 90071

Saraly Anavim
c/o Saul Reiss, Esq.
Law Offices of Saul Reiss, P.C.
2800 28th Street
Los Angeles, CA 90405

Starpoint Properties LLC
Anthony J. Oliva, Esq.
c/o Allen Matkins Leck Gamble et al
515 S. Figueroa Street, 9th Fl
Los Angeles, CA 90071

Tony Namvar
12121 Wilshire Blvd., Ste 601
Los Angeles, CA 90025

Watt Leed Lease, LLC
Namco Capital Group, Inc.
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd., Ste 200
Los Angeles, CA 90025

Ezri Namvar, Trustee of Namvar
Family Trust
Dated December 5, 1994
12855 Parkyns Street
Los Angeles, CA 90049

**Attorney for Namco and Namvar**
Stephen F. Bigenzahn
4300 Via Marisol, Ste. 764
Los Angeles, Ca 90042-5079

Howard J. Weg
David B. Shemano
Monserrat Morales
Jennifer Leland
10100 Santa Monica Blvd., Ste. 1450
Los Angeles, Ca 90067

**Namco 20 Largest**
The Rastegar Family Trust
Attn: Solomon Rastegar
1005 Schuler Road
Beverly Hills, CA 90210

RPM Investment,
Harron Hanasab &
M & Y Management Inc.
Attn: Robert Hanasab
606 S. Olive Street, #600
Los Angeles, CA 90014

Robert Hanasab
1073 Linda Flora Drive
Los Angeles, CA 90049

Roya Boucheriam
Attn: David Norouzi
17881 Puerto Vallarta
Encino, CA 91316

The Abulafia Trust
Attn: Hayim Abulafia
315 S. Beverly Drive, Suite 301
Beverly Hills, CA 90212

4M Investments
1400 E. Olympic Blvd.
Los Angeles, CA 90212

Elliot Sharaby
4481 N. 41st Street Ct.
Hollywood, FL 33021

Epsilon Electronics
1550 S. Maple Ave.
Montebello, CA 90640

Canyon Spring Shopping Center, LLC
Attn: Issac Moradi
9301 Wilshire Blvd., #315
Beverly Hills, CA 90210

Abraham Assil
1000 S. Westgate Ave. #10
Los Angeles, CA 90049

Eliaho Cohanim
Attn: Kambiz Kohanim
4609 Dunman Avenue
Woodland Hills, CA 91367

David Haghnazarzadeh &
Blackhawk Properties
18210 Hateras Street
Tarzana, CA 91356

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

353767.01 [XP]    25431

F 9013-3.1

| In re: MISSION REAL ASSOCIATES, LLC Debtor(s). | CHAPTER: 11 CASE NO: 2:10-bk-22370-BR ADV NO.: |
|---|---|

David Haghnazarzadeh &
Blackhawk Properties
450 N. Roxbury Drive
Beverly Hills, CA 90210

David Golkar
575 Anton Blvd. #880
Costa Mesa, CA 92626

David Zarabi
523 N. Rodeo Drive
Beverly Hills, CA 90210

All Century Inc.
15910 Ventura Blvd. #1505
Encino, CA 91436

Kamran Benji
506 Gretna Green Way
Los Angeles, CA 90049

David Tabaan
888 S. Figueroa Street, #1900
Los Angeles, CA 90017

David York
11611 San Vicente Blvd. #520
Los Angeles, CA 90049

1826 Nikoo Investments Ltd
Attn: Jacob Kohanzadeh
P.O. Box 260104
Encino, CA 91426

SRF Investment
Attn: Ramin Javahery
5526 S. Soto
Vernon, CA 90058

Ramin Gabayan
16351 Sloan Drive
Los Angeles, CA 90049

**Namvar 20 Largest**
Abraham Assil
1000 S Westgate #100
Los Angeles, CA 90049

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

American Express Centurion Bank
P.O. Box 3001
Malvern, PA 19355-0701

Bk Section MS A340
Franchise Tax Board
P O Box 2952
Sacramento, CA 95812-2952

Daimler Trust

Franchise Tax Board
P O Box 2952
Sacramento, CA 95812-2952

Iraq Farhadian
20419 Lemarsh Street
Chatsworth, CA 91311

Jonathan Baharvar
4508 Valdez Pl
Tarzana, CA 91356

Marc Ashghian
11900 W Olympic Blvd, Suite 540
Los Angeles, CA 90064

Mariscal Weeks Mcintyre
& Friedlander P.A.
c/o William Novotay
2901 N Central Ave., Suite 200
Phoenix, AZ 85012

MidFirst Bank
3030 E. Camelback Road
Phoenix, Arizona 85016

Ruben Melamed
4801 W Jefferson Bl.
Los Angeles, CA 90016-3920

Satrap Family Trust Dated 7/28/1988
c/o Abbas Satrap Trustee
3908 Castlerock Road
Malibu CA 90265

The Sunset Trust
c/o Teymour Khouhian, Trustee
P.O. Box 572532
Tarzana, CA 91357

Wall Street Nevada LLC
c/o The Merill Group Of Companies
5850 Canoga Ave Suite 650
Woodland Hills, CA 91367

William K. Swank
c/o Jonathan G. Fetterly
Holme Roberts & Owned LLP
800 W Olympic Blvd, 4th Fl
Los Angeles, CA 90015

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

353767.01 [XP]    25431

F 9013-3.1