SANDFORD L. FREY (State Bar No. 117058)
STUART I. KOENIG (State Bar No. 102764)
CREIM MACIAS KOENIG & FREY LLP
633 West Fifth Street, 51st Floor
Los Angeles, California 90071
Telephone: (213) 614-1944
Facsimile: (213) 614-1961
Sfrey@cmkllp.com
Skoenig@cmkllp.com

Attorneys for the Official Unsecured Creditors
of Namco Capital Group, Inc.

FILED & ENTERED

JUN 01 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

[LOS ANGELES DIVISION]

| | |
|---|---|
| In re<br><br>MISSION REAL ASSOCIATES, LLC,<br><br>Debtor | CASE NO.: 2:10-bk-22370-BR<br><br>Chapter 11<br><br>**ORDER DENYING JOINT MOTION OF DEBTORS AND CHAPTER 11 TRUSTEE FOR ORDER (A) APPROVING THE SALE OF WILSHIRE BUNDY PLAZA FREE AND CLEAR OF CERTAIN LIENS, CLAIMS INTERESTS, AND ENCUMBRANCES; (B) AUTHORIZING DISTRIBUTION OF THE SALE PROCEEDS TO THE TRUSTEE; (C) AUTHORIZING THE TRUSTEE TO PAY CERTAIN COSTS OF SALE AND COMMISSION; (D) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES; AND (E) GRANTING RELATED RELIEF**<br><br>DATE:  May 12, 2010<br>TIME:  10:00 a.m.<br>CTRM:  1668 |

The hearing on the Joint Motion of the Debtors and the Chapter 11 Trustee ("Trustee") for Ezri Namvar ("Namvar") for order: (1) Approving the Sale of the Land and Building located at Wilshire Bundy Plaza Free and Clear of Certain Liens, Claims, Interests, and Encumbrances; (2) Authorizing Distribution of the Sale Proceeds to the Trustee; (3) Authorizing the Trustee to Play Certain Costs of Sale and Commissions; (4) Authorizing the Assumption and Assignment of

1 Contracts and Leases; and (5) Granting Related Relief, ("Motion") came on for hearing on May 12, 2010 in the above referenced Courtroom. All appearances on the Motion were reflected on the record. The Court having reviewed and considered the Motion, the Joint Opposition filed by the Official Unsecured Creditors Committee of Namco Capital Group and Ezri Namvar, as well as the oppositions filed by interested parties, the joinders to the Oppositions, the Reply of the Trustee and the Debtors, the declarations submitted in support, and the record in this case; and, good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

The Motion is denied based on the denial of the Motion for Summary Judgment brought by the Trustee and the Debtors against the Co-Owners of the Property referred to as Wilshire Bundy Plaza under Bankruptcy Code Sections 363(f) and 363(h). As a result of the denial of the Motion for Summary Judgment brought by the Trustee and the Debtors against the Co-Owners, the Court has determined that the Motion cannot go forward until such time as the issues raised in the action brought by the Trustee and the Debtors against the Co-Owners have been resolved at trial and therefore the Motion is denied without prejudice.

DATED: June 1, 2010

United States Bankruptcy Judge

2

C:\Documents and Settings\fortier\Local Settings\Temp\Order#67928#56981747-f8f6-40a9-83d8-79b4a4fc8441.doc

| In re: MISSION REAL ASSOCIATES, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-22370-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Creim Macias Koenig & Frey, LLP, 633 W. Fifth Street, 51st Floor, Los Angeles, CA  90071

The foregoing document described **ORDER DENYING JOINT MOTION OF DEBTORS AND CHAPTER 11 TRUSTEE FOR ORDER (A) APPROVING THE SALE OF WILSHIRE BUNDY PLAZA FREE AND CLEAR OF CERTAIN LIENS, CLAIMS INTERESTS, AND ENCUMBRANCES; (B) AUTHORIZING DISTRIBUTION OF THE SALE PROCEEDS TO THE TRUSTEE; (C) AUTHORIZING THE TRUSTEE TO PAY CERTAIN COSTS OF SALE AND COMMISSION; (D) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES; AND (E) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **May 13, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Hon. Barry Russell (By U.S. Mail)
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple St. Bin outside of Suite 1660
Los Angeles, CA  90012-3332

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 13, 2010 | Kelli Nielsen | /s/ Kelli Nielsen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:  MISSION REAL ASSOCIATES, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER  2:10-bk-22370-BR |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING JOINT MOTION OF DEBTORS AND CHAPTER 11 TRUSTEE FOR ORDER (A) APPROVING THE SALE OF WILSHIRE BUNDY PLAZA FREE AND CLEAR OF CERTAIN LIENS, CLAIMS INTERESTS, AND ENCUMBRANCES; (B) AUTHORIZING DISTRIBUTION OF THE SALE PROCEEDS TO THE TRUSTEE; (C) AUTHORIZING THE TRUSTEE TO PAY CERTAIN COSTS OF SALE AND COMMISSION; (D) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES; AND (E) GRANTING RELATED RELIEF** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 13, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Simon Aron    saron@wrslawyers.com
- Russell Clementson    russell.clementson@usdoj.gov
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Richard K Diamond    rdiamond@dgdk.com
- Jeffery D Hermann    jhermann@orrick.com
- James KT Hunter    jhunter@pszjlaw.com
- Yale K Kim    ykim@allenmatkins.com
- Stuart I Koenig    Skoenig@cmkllp.com
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Hal M Mersel    mark.mersel@bryancave.com
- Walter K Oetzell    woetzell@dgdk.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- David M Poitras    dpoitras@jmbm.com
- Christopher S Reeder    ecfnotices@reederlu.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9021-1.1**

| In re: MISSION REAL ASSOCIATES, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-22370-BR |

- Steven J Schwartz    sschwartz@dgdk.com

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Mission Real Associates, LLC  
c/o Namco Capital Group, Inc.  
12121 Wilshire Blvd., Ste. 1400  
Los Angeles, CA  90025

Harvey R Friedman  
1900 Avenue of the Stars, 21st Floor  
Los Angeles, CA 90067-4590

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9021-1.1**