RICHARD K. DIAMOND (State Bar No. 070634)
rdiamond@dgdk.com
WALTER K. OETZELL (State Bar No. 109769)
woetzell@dgdk.com
STEVEN J. SCHWARTZ (State Bar No. 200586)
sschwartz@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

[Proposed] Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

JUN 10 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:10-bk-22370-BR |
| MISSION REAL ASSOCIATES, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | ORDER GRANTING ON FINAL BASIS EMERGENCY MOTION FOR ORDER AUTHORIZING THE DEBTOR TO INCUR OBLIGATION TO PAY EXPENSES OF WILSHIRE BUNDY PROPERTY PENDING SALE |
| | Date: May 26, 2010<br>Time: 10:00 a.m.<br>Place: Ctrm: "1668"<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

On May 26, 2010, at 10:00 a.m., the Court held a final hearing to hear and consider the Emergency Motion for Order Authorizing the Debtor to Incur Obligation to Pay Expenses of Wilshire Bundy Property (the "Motion") filed by Mission Real Associates, LLC, the debtor and debtor-in-possession herein ("Mission Real" or the "Debtor"), the Honorable Barry Russell, United States Bankruptcy Judge, presiding. Steven J. Schwartz of Danning, Gill, Diamond & Kollitz, LLP appeared for the Debtor. H. Mark Madnick of Reeder Lu, LLP appeared for objecting creditors CAP 16 Delaware SPE LLC and Seven Mills Delaware SPE LLC (the "Objecting Creditors"). Other appearances were as noted in the record.

///

1

353464.02 [XP]    25184

1  The Court having considered the Motion, all papers filed in support thereof including the declarations filed in support thereof, and all of the other pleadings on file in the Debtor's case, the objection filed by the Objecting Creditors having been resolved by stipulation read onto the record at the hearing and incorporated into this Order, having found that notice of the hearing and the Motion was adequate and proper, and for good cause appearing,

IT IS ORDERED THAT:

1. The Motion is granted.

2. Mission Real is authorized to incur an obligation of up to $355,525.48 from proceeds of the sale of property of affiliated entities (the "Hotel Angeleno Funds") to cover the expense shortfall of the property known as the Wilshire Bundy Office Building, located at 12121 Wilshire Boulevard, Los Angeles, CA 90025 ("Wilshire Bundy") in which the Debtor owns an interest, on a final basis.

3. The Hotel Angeleno Funds will not be used for any purposes other than to pay Wilshire Bundy expenses, including but not limited to, operating shortfalls, tenant improvement allowances, leasing commissions and/or monthly loan payments. Said funds will be used to a) fund shortfall amounts in the operating account based upon bills submitted by Pentaco and approved by Louis Cicalese, b) for the payment of loan payments, leasing commissions and tenant improvements as called for in contractual obligations, or c) for such other building related expenses as are agreed to by the Tenants in Common or ordered by the Court.  In the event of a surplus in the

///
///
///
///
///
///
///
///

2

353464.02 [XP]     25184

1  Wilshire Bundy account, the Hotel Angeleno account shall be replenished from the operating

2  account.

3

4  Agreed:

5  REEDER LU, LLP

6

7  _____/s/_____
   Wesley Lew
   Attorneys for CAP 16 Delaware SPE LLC
8  And Seven Mills Delaware SPE LLC

###

DATED: June 10, 2010

_____
United States Bankruptcy Judge

3

353464.02 [XP]        25184

| In re: | | CHAPTER: 11 |
|---|---|---|
| | MISSION REAL ASSOCIATES, LLC | CASE NO.: 2:10-bk-22370-BR |
| | Debtor(s). | ADV. NO: |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> 2029 Century Park East, Third Floor
> Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **ORDER GRANTING ON FINAL BASIS EMERGENCY MOTION FOR ORDER AUTHORIZING THE DEBTOR TO INCUR OBLIGATION TO PAY EXPENSES OF WILSHIRE BUNDY PROPERTY PENDING SALE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 28, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On May 28, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Served By U.S. Mail**
Hon. Barry Russell, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1660, Los Angeles, CA 90012
U.S. Trustee, Office of the U.S. Trustee, 725 S. Figueroa Street, 26th Floor, Los Angeles, CA 90017

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 28, 2010 | Cheryl Caldwell | /s/ Cheryl Caldwell |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                         **F 9013-3.1**
353464.02 [XP]        25184

| In re: | | CHAPTER: 11 |
|---|---|---|
| | MISSION REAL ASSOCIATES, LLC | CASE NO: 2:10-bk-22370-BR |
| | Debtor(s). | ADV NO.: |

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and persona/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING ON FINAL BASIS EMERGENCY MOTION FOR ORDER AUTHORIZING THE DEBTOR TO INCUR OBLIGATION TO PAY EXPENSES OF WILSHIRE BUNDY PROPERTY PENDING SALE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of May 28, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Simon Aron    saron@wrslawyers.com
Russell Clementson    russell.clementson@usdoj.gov
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Richard K Diamond    rdiamond@dgdk.com
Jeffery D Hermann    jhermann@orrick.com
James KT Hunter    jhunter@pszjlaw.com
Yale K Kim    ykim@allenmatkins.com
Stuart I Koenig    Skoenig@cmkllp.com
Jeffrey A Krieger    jkrieger@ggfirm.com
Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
Hal M Mersel    mark.mersel@bryancave.com
Walter K Oetzell    woetzell@dgdk.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
David M Poitras    dpoitras@jmbm.com
Christopher S Reeder    ecfnotices@reederlu.com
Steven J Schwartz    sschwartz@dgdk.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☑ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**
353464.02 [XP]    25184

| In re: | CHAPTER: 11 |
|---|---|
| MISSION REAL ASSOCIATES, LLC<br>Debtor(s). | CASE NO: 2:10-bk-22370-BR<br>ADV NO.: |

## SERVICE LIST FOR ENTERED ORDER

### III. TO BE SERVED BY THE LODGING PARTY

H. Mark Mersel
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612

Don Kerr, Esq.
LNR Partners Inc.
1601 Washington Avenue, Suite 700
Miami Beach, Florida  33139

Attorney for Namco Creditors Committee
Stuart I. Koenig
Creim Macias Koenig & Frey, LLP
633 West 5th Street, 51st Floor
Los Angeles, CA 90071

Sandy Frey
Creim Macias Koenig & Frey, LLP
633 West 5th Street, 51st Floor
Los Angeles, CA 90071

Counsel for Namvar Creditors Committee
Leonard Shulman
Shulman, Hodges, & Bastian, LLP
26632 Towne Centre Dr Ste 300
Foothill Ranch, CA 92610

Melissa Davis
Shulman, Hodges, & Bastian, LLP
26632 Towne Centre Dr Ste 300
Foothill Ranch, CA 92610

Attorney for Dimes, LLC, Involuntary Debtor
David Meadows
Law Offices of David W. Meadows
1801 Century Park E Ste 1250
Los Angeles, CA 90067

Mission Real Associates, LLC
R. Todd Neilson, Trustee
Estate of Ezri Namvar
c/o LECG, LLC
2049 Century Park East, Ste 2300
Los Angeles, CA 90067

Seller
c/o Christopher Reeder and Richard Schloss
Reeder, Lu, & Green, LLP
2121 Avenue of the Stars, Suite 950
Los Angeles CA 90067

Escrow Agent
Stewart Title Guaranty Company
1980 Post Oak Boulevard, Suite 610
Houston, TX 77056
Attn: Patricia Rodricks

Louis A. Cicalese
12121 Wilshire Blvd. Suite 200
Los Angeles, CA 90025

**Mission Real 25 Largest Creditors**
Boyle Avenue, LLC
K. Joseph Shabani, Esq.
c/o Shabani & Shabani LLP
1801 Ave of the Stars Ste 1035
Los Angeles, CA 90067

Brickwalk, LLC
K. Joseph Shabani, Esq.
1801 Ave of the Stars Ste 1035
c/o Shabani & Shabani LLP
Los Angeles, CA 90067

Buckingham Heights Lease LLC
Namco Capital Group, Inc.
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd, Ste 200
Los Angeles, CA 90025

Culver Marina Lease, LLC
Namco Capital Group, Inc.
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd., Ste 200
Los Angeles, CA 90025

Estate of Ezri Namvar
c/o R. Todd Neilson, Trustee
c/o LECG, LLC
2049 Century Park East, Ste 2300
Los Angeles, CA 90025

Khalil Varastephour
c/o Marc E. Rohatiner, Esq.
Wolf Rifkin Shapiro Schulman et al.
11400 West Olympic Blvd., 9th Fl
Los Angeles, CA 90064

McConnell Marina Lease, LLC
Namco Capital Group, Inc.
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd., Ste 200
Los Angeles, CA 90025

Mission Real Manager, LLC
12121 Wilshire Blvd., Ste 601
Los Angeles, CA 90025

Moiz Ashourpour
c/o Saul Reiss, Esq.
Law Offices of Saul Reiss, P.C.
2800 28th Street
Los Angeles, CA 90405

Namco Capital Group
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd., Ste 200
Los Angeles, CA 90025

Robert Hanasab
Anthony J. Oliva, Esq.
c/o Allen Matkins Leck Gamble et al
515 S. Figueroa Street, 9th Fl
Los Angeles, CA 90071

Rolling Capital Hills, LLC
K. Joseph Shabani, Esq.
c/o Shabani & Shabani LLP
1801 Ave of the Stars Ste 1035
Los Angeles, CA 90067

Safeco Holding Corp
Anthony J. Oliva, Esq.
c/o Allen Matkins Leck Gamble et al
515 S. Figueroa Street, 9th Fl
Los Angeles, CA 90071

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

353464.02 [XP]        25184

**F 9021-1.1**

| In re:<br><br>MISSION REAL ASSOCIATES, LLC<br>Debtor(s). | CHAPTER: 11<br>CASE NO: 2:10-bk-22370-BR<br>ADV NO.: |
|---|---|

Saraly Anavim
c/o Saul Reiss, Esq.
Law Offices of Saul Reiss, P.C.
2800 28th Street
Los Angeles, CA 90405

Louis A. Cicalese
12121 Wilshire Blvd. Suite 200
Los Angeles, CA 90025

Starpoint Properties LLC
Anthony J. Oliva, Esq.
c/o Allen Matkins Leck Gamble et al
515 S. Figueroa Street, 9th Fl
Los Angeles, CA 90071

Tony Namvar
12121 Wilshire Blvd., Ste 601
Los Angeles, CA 90025

Watt Leed Lease, LLC
Namco Capital Group, Inc.
c/o Bradley D. Sharp, Trustee
12121 Wilshire Blvd., Ste 200
Los Angeles, CA 90025

Ezri Namvar, Trustee of Namvar
Family Trust
Dated December 5, 1994
12855 Parkyns Street
Los Angeles, CA 90049

**Attorney for Namco and Namvar**
Stephen F. Bigenzahn
4300 Via Marisol, Ste. 764
Los Angeles, Ca 90042-5079

Howard J. Weg
David B. Shemano
Monserrat Morales
Jennifer Leland
10100 Santa Monica Blvd., Ste. 1450
Los Angeles, Ca 90067

Namco 20 Largest
The Rastegar Family Trust
Attn: Solomon Rastegar
1005 Schuler Road
Beverly Hills, CA 90210

RPM Investment,
Harron Hanasab &
M & Y Management Inc.
Attn: Robert Hanasab
606 S. Olive Street, #600
Los Angeles, CA 90014

Robert Hanasab
1073 Linda Flora Drive
Los Angeles, CA 90049

Roya Boucheriam
Attn: David Norouzi
17881 Puerto Vallarta
Encino, CA 91316

The Abulafia Trust
Attn: Hayim Abulafia
315 S. Beverly Drive, Suite 301
Beverly Hills, CA 90212

4M Investments
1400 E. Olympic Blvd.
Los Angeles, CA 90212

Elliot Sharaby
4481 N. 41st Street Ct.
Hollywood, FL 33021

Epsilon Electronics
1550 S. Maple Ave.
Montebello, CA 90640

Canyon Spring Shopping Center, LLC
Attn: Issac Moradi
9301 Wilshire Blvd., #315
Beverly Hills, CA 90210

Abraham Assil
1000 S. Westgate Ave. #10
Los Angeles, CA 90049
Eliaho Cohanim
Attn: Kambiz Kohanim
4609 Dunman Avenue
Woodland Hills, CA 91367

David Haghnazarzadeh &
Blackhawk Properties
18210 Hateras Street
Tarzana, CA 91356

David Haghnazarzadeh &
Blackhawk Properties
450 N. Roxbury Drive
Beverly Hills, CA 90210

David Golkar
575 Anton Blvd. #880
Costa Mesa, CA 92626

David Zarabi
523 N. Rodeo Drive
Beverly Hills, CA 90210

All Century Inc.
15910 Ventura Blvd. #1505
Encino, CA 91436

Kamran Benji
506 Gretna Green Way
Los Angeles, CA 90049

David Tabaan
888 S. Figueroa Street, #1900
Los Angeles, CA 90017

David York
11611 San Vicente Blvd. #520
Los Angeles, CA 90049

1826 Nikoo Investments Ltd
Attn: Jacob Kohanzadeh
P.O. Box 260104
Encino, CA 91426

SRF Investment
Attn: Ramin Javahery
5526 S. Soto
Vernon, CA 90058

Ramin Gabayan
16351 Sloan Drive
Los Angeles, CA 90049

**Namvar 20 Largest**
Abraham Assil
1000 S Westgate #100
Los Angeles, CA 90049

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                            **F 9021-1.1**
353464.02 [XP]        25184

Main Document    Page 8 of 8

| In re: | | CHAPTER: 11 |
|---|---|---|
| | MISSION REAL ASSOCIATES, LLC | CASE NO: 2:10-bk-22370-BR |
| | Debtor(s). | ADV NO.: |

American Express Centurion Bank
P.O. Box 3001
Malvern, PA 19355-0701

Bk Section MS A340
Franchise Tax Board
P O Box 2952
Sacramento, CA 95812-2952

Daimler Trust

Franchise Tax Board
P O Box 2952
Sacramento, CA 95812-2952

Iraq Farhadian
20419 Lemarsh Street
Chatsworth, CA 91311

Jonathan Baharvar
4508 Valdez Pl
Tarzana, CA 91356

Marc Ashghian
11900 W Olympic Blvd, Suite 540
Los Angeles, CA 90064

Mariscal Weeks Mcintyre
& Friedlander P.A.
c/o William Novotay
2901 N Central Ave., Suite 200
Phoenix, AZ 85012

MidFirst Bank
3030 E. Camelback Road
Phoenix, Arizona 85016

Ruben Melamed
4801 W Jefferson Bl.
Los Angeles, CA 90016-3920

Satrap Family Trust Dated 7/28/1988
c/o Abbas Satrap Trustee
3908 Castlerock Road
Malibu CA 90265

The Sunset Trust
c/o Teymour Khouhian, Trustee
P.O. Box 572532
Tarzana, CA 91357

Wall Street Nevada LLC
c/o The Merill Group Of Companies
5850 Canoga Ave Suite 650
Woodland Hills, CA 91367

William K. Swank
c/o Jonathan G. Fetterly
Holme Roberts & Owned LLP
800 W Olympic Blvd, 4th Fl
Los Angeles, CA 90015

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

353464.02 [XP]    25184

**F 9021-1.1**